RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/3/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **HIBERNIA NATIONAL BANK,** appellant | * * * | **CIVIL ACTION NO. 04-2538** |
| **VERSUS** | * * | **JUDGE RICHARD T. HAIK** |
| **FLADT, RODRIGUEZ,** appellees | * * | **MAGISTRATE JUDGE HILL** |

********************************************************************

## JUDGMENT

********************************************************************

On December 16, 2004 Hibernia National Bank, hereinafter Hibernia, filed a notice of appeal from the Bankruptcy Court's Order Denying Motion for Reconsideration on Order of Confirmation. Hibernia asserts the following issues on appeal: (1) The Bankruptcy Court erred in applying the Supreme Court's decision in *Till v. SCS Credit Corporation*, 541 U.S. 465, 124 S.Ct. 1951 (2004), which deals with undersecured claims, to Hibernia as an oversecured creditor in this case. (2) Section 506(b) of the Bankruptcy Code, which deals with oversecured creditors, trumps the Till rationale used by the Bankruptcy Court to strip down Hibernia's contractual interest rate. (3) The Bankruptcy Court erred in confirming the Fladts' Chapter 13 plan interest rate of 6.00% (prime was 5.00%) over Hibernia's objection.

After DUE CONSIDERATION of the parties' appellate memoranda and the Bankruptcy Court's Reasons for Decision Denying Motion for Reconsideration, it is ORDERED, ADJUDGED, and DECREED that the Bankruptcy's Order Denying Motion for Reconsideration on Order of Confirmation is hereby AFFIRMED.

THUS DONE AND SIGNED in Lafayette, Louisiana, on the 30th day of March, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Richard T. Haik
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE RICHARD T. HAIK, SR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　　WESTERN DISTRICT OF LOUISIANA